CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
JUL 31 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DWIGHT LEWIS,
    Petitioner,

v.

K.W. DAVIS, WARDEN,
    Respondent.

Civil Action No. 7:08-cv-00441

**DISMISSAL ORDER**

By:   Hon. Jackson L. Kiser
Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 31st day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge